1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 F.G. CROSTHWAITE and RUSSELL E.                Case No.: C11-0510 JSW
   BURNS, in their respective capacities as
11 Trustees of the OPERATING ENGINEERS'           **NOTICE OF VOLUNTARY DISMISSAL;**
   HEALTH AND WELFARE TRUST FUND                  ORDER OF DISMISSAL
12 FOR NORTHERN CALIFORNIA, et al.

13         Plaintiffs,

14     v.

15 RANCHO MURIETA COUNTRY CLUB,
   *aka* RANCHO MURIETA ASSOCIATION, a
16 California Corporation,

17         Defendant.

18

19 PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs F.G.

20 CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the

21 OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN

22 CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against Defendant

23 RANCHO MURIETA COUNTRY CLUB, *aka* RANCHO MURIETA ASSOCIATION, a

24 California Corporation.  Defendant has neither served an answer nor moved for summary

25 judgment, and Plaintiffs have not previously filed or dismissed any similar action against

26 Defendant.

27     //

28     //

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 21st day of March, 2011, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: March 23, 2011

_____
UNITED STATES DISTRICT COURT JUDGE